

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00289-CR

RANDALL EUGENE BROOKS                                              APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY
## TRIAL COURT NO. 0386824D

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered Randall Eugene Brooks's "Defendant's Motion to Withdraw Notice of Appeal Pro Se."

To the extent Brooks moves to abate his appeal, his motion is denied.

To the extent Brooks moves to dismiss his appeal, his motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).

---

[1]*See* Tex. R. App. P. 47.4.

Because we have not yet issued a decision in his case, we grant the motion and dismiss the appeal. *See id.*

PER CURIAM

PANEL: KERR, PITTMAN, and BIRDWELL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 9, 2018